UNITED STATES DISTRICT COURT　　　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
July 12, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Kenosha Robertson Strain,　§<br>　　Petitioner,　§<br>　　　　　　　　　§<br>v.　　　　　　　　§<br>　　　　　　　　　§<br>CitiMortgage, Inc.,　　§<br>　　Defendant.　　§ | Civil Action H-18-4443 |

## Order of Adoption

On June 7, 2019, Magistrate Judge Peter Bray entered a memorandum and recommendation recommending that CitiMortgage, Inc.'s motion to dismiss be granted. No objections were filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed _July 11_ 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge